```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 14-02395-HWV
Gerald W. Weise                                                   Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: DDunbar           Page 1 of 2            Date Rcvd: Oct 22, 2019
                             Form ID: fnldecnd       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db              +Gerald W. Weise,    468 Second Street,    Highspire, PA 17034-1505
cr              +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave.,   Suite 100,
                  Boca Raton, FL 33487-2853
cr              +Santander Consumer USA, Inc., an assignee of GEMB,   P.O. Box 562088, Suite 900 North,
                  Dallas, TX 75356-2088
4493995         +Anne K. Fiorenza, Esq, Assistant U.S. Tr,   228 Walnut Street, Room 1190,
                  Harrisburg, Pennsylvania 17101-1722
4493996         +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4494001         +KMH Law Group,    701 Market Street,   Suite 5000 BNY Mellon Independence Cente,
                  Philadelphia, PA 19106-1538
4494002          Moretran Leasing,   236 Route 46,   Saddle Brook, NJ 07663
4494003         +Office of Attorney General,   Financial Enforcement Section, Strawberr,
                  Harrisburg, Pennsylvania 17120-0001
4528615         +Santander Consumer USA,   Po Box 560284,   Dallas, TX 75356-0284
4607456         +Santander Consumer USA Inc.,   P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4494007         +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
                  Washington, District of Columbia 20044-0227
4494008          United States Attorney,    PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4493997         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:27    CAPITAL ONE,
                  PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4493998         +E-mail/Text: bankruptcy.bnc@ditech.com Oct 22 2019 19:07:30    GREEN TREE,   PO BOX 6172,
                  RAPID CITY, SD 57709-6172
4548378         +E-mail/Text: bankruptcy.bnc@ditech.com Oct 22 2019 19:07:30    Green Tree Servicing LLC,
                  PO BOX 0049,    Palatine, IL 60055-0049,   Telephone 60055-0049
4493999          E-mail/Text: cio.bncmail@irs.gov Oct 22 2019 19:07:28    Internal Revenue Service,
                  PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4494004         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 22 2019 19:07:38    Office of the U.S. Trustee,
                  228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4494005          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 19:07:35    PA Department of Revenue,
                  Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4512573          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 19:07:35
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA   17128-0946
                                                                                            TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4494000*         Internal Revenue Service,   Special Procedures Branch, PO Box 12051,
                  Philadelphia, Pennsylvania 19105
4494006*         PA Department of Revenue,   Department 280946, Attn: Bankruptcy Divi,
                  Harrisburg, Pennsylvania 17128-0946
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
```
              Ashlee Crane Fogle    on behalf of Creditor    DITECH FINANCIAL LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Gerald W. Weise jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lauren Berschler Karl   on behalf of Creditor   DITECH FINANCIAL LLC lkarl@rascrane.com, lbkarl03@yahoo.com

          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

          William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc., an assignee of GEMB Lending, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gerald W. Weise,<br>fdba GW Weise Trucking, | Chapter 13 |
| **Debtor 1** | Case No. 1:14–bk–02395–HWV |

Social Security No.:
          xxx–xx–2193

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Gerald W. Weise** in accordance with §1328 of the Bankruptcy Code.

Dated: October 22, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)